RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
702-382-4004
Attorney for Frank Sutton

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )   CASE NO. 2:12-CR-173-APG-VCF
                                )
    vs.                         )
                                )
FRANK SUTTON,                   )
                                )
            Defendant.          )
_____)

**MOTION TO TEMPORARILY REMOVE
HOME DETENTION MONITOR FOR
MEDICAL TESTING PURPOSES**

COMES NOW the Defendant, FRANK SUTTON, by and through his attorney, RICHARD A. WRIGHT, ESQUIRE, and requests the Court to authorize Mr. Sutton's probation officer to temporarily remove Mr. Sutton's home detention monitoring device for Mr. Sutton to have an MRI on September 25, 2015 and to thereafter reinstall it, and to allow the same removal and reinstallation

///
///
///
///
///
///
///

procedure as needed for upcoming medical procedures if removal is documented by Mr. Sutton's medical professionals.

Respectfully submitted,

WRIGHT STANISH & WINCKLER

BY  /s/ Richard A. Wright
RICHARD A. WRIGHT, ESQUIRE
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Attorney for Defendant Frank Sutton

**CERTIFICATE OF SERVICES**

The undersigned hereby certifies that service of the foregoing was served on the 8th day of September, 2015, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

BY  /s/ Debbie Caroselli
An employee of Wright Stanish & Winckler

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

IT IS SO ORDERED.

Dated: September 18, 2015

ANDREW P. GORDON
DISTRICT COURT JUDGE